**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | |
|---|---|
| CHERYL A. ABRAMS, and FRANK VOZNEK,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | CIVIL ACTION NO.: 2:25-cv-117 |

**ORDER**

Plaintiffs filed a Motion to Extend Discovery and a Motion for Extension of Time to file a Response to Motion to Dismiss. Doc. 78. Plaintiffs state that they need additional time for discovery and ask the Court to extend the written discovery deadline by 30 days. Id. at 2. Defendant consents to Plaintiffs' proposed extension. Doc. 80. Upon due consideration and for good cause shown, the Court **GRANTS** Plaintiffs' Motion to Extend, and the new deadline for written discovery is October 15, 2026. All other deadlines and instructions in the Court's previous Orders remain in full force and effect. Docs. 54, 59.

The Court **DENIES as moot** Plaintiffs' Motion for Extension of Time to File a Response to Motion to Dismiss because Plaintiffs have already responded to the motion to dismiss. Doc. 76.

**SO ORDERED**, this 21st day of September, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA