**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | |
|---|---|
| CHERYL A. ABRAMS, and FRANK VOZNEK,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | CIVIL ACTION NO.: 2:25-cv-117 |

**ORDER**

Plaintiffs filed a Motion for Reconsideration, doc. 77; a Motion to Compel Compliance with Rule 45 Subpoena, doc, 84; a Motion to Extend the Written Discovery Deadline and Adjust the Scheduling Order, doc. 86; a Motion for a Consolidated Statement of Discovery Challenges, doc. 90; and a Motion to Resolve Pending Discovery Matters on the Written Record, doc. 91.

On October 16, 2026, Plaintiff Abrams ("Abrams") appeared on her behalf and on behalf of Plaintiff Voznek for a hearing on their Motions. During the hearing, it became apparent that Abrams was unprepared to discuss the Motions. Abrams could not answer basic questions about the Motions or explain the reasons for her requests. Abrams admitted that she relied almost entirely on artificial intelligence when drafting

the Motions and that she had little understanding of what the Motions contained or the bases for the Motions. Even so, the Court provided Abrams with ample opportunity to explain what additional information she sought in discovery and why. Abrams was unable to explain with any specificity what she sought or the reasons for any request.

At the hearing, I orally **DENIED** all of Plaintiffs' Motions. This Order memorializes my oral rulings. As explained during the hearing, if either party wants to serve additional written discovery requests, the party must first file a motion describing the requested discovery with specificity and the bases for the requested discovery. Both parties are reminded that they must follow the procedures set out in my Rule 26(f) Order and confer with each other concerning fact and expert witness discovery before filing motions.

**SO ORDERED**, this 26th day of October, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA